**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-6526**

————————

TED ANTHONY PREVATTE,

Plaintiff - Appellant,

versus

HAROLD CLAYBURN, Sergeant; J. KNIGHT, Officer,

Defendants - Appellees.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-134-5-BR)

————————

Submitted: August 5, 1999         Decided: August 11, 1999

————————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Ted Anthony Prevatte, Appellant Pro Se. Sharon Coull Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ted Anthony Prevatte appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Prevatte v. Clayburn</u>, No. CA-98-134-5-BR (E.D.N.C. Mar. 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2